| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br><br>Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>BRORBY, WADE, | 2. Court or Organization<br><br>Tenth Circuit | 3. Date of Report<br><br>3/8/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Circuit Judge - Senior | 5. ReportType (check appropriate type)<br><br>◯ Nomination, Date<br><br>◯ Initial　◉ Annual　◯ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>P.O. Box 1028<br><br>Cheyenne, WY 82003-1028 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____  Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

# I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

# II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

FINANCIAL DISCLOSURE REPORT　2004 MAR 29 P 3: 15　RECEIVED

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

■ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 11/25/97 | Prudential Insurance - Policy Divident - See Part VIII | 559.60 |

### B. Spouse's Non-Investment Incom - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of insttuctions.)

☑ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRORBY, WADE, | 3/8/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| □ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Campbell County Abstract Co. (common stock) | C | Dividend | K | W | | | | | |
| 2. First National Bank of Gillette, WY (various accounts) | D | Interest | N | T | | | | | |
| 3. Oil Royalty - Campbell County, WY | A | Royalty | J | W | | | | | |
| 4. Wyoming Bank & Trust, Cheyenne, WY | D | Interest | L | T | | | | | |
| 5. California S&P Small Cap Index Fund | A | Dividend | K | T | | | | | |
| 6. Clipper Fund | A | Dividend | K | T | | | | | |
| 7. Daimler Chrysler | A | Interest | K | T | | | | | |
| 8. Federal Homeowner Lending Mortgage | A | Interest | K | T | | | | | |
| 9. Federal National Mortgage | A | Interest | K | T | | | | | |
| 10. FMI Focus Fund | A | Dividend | J | T | | | | | |
| 11. General Electric Company | A | Dividend | J | T | | | | | |
| 12. General Motors Acceptance | A | Interest | K | T | | | | | |
| 13. Jensen Portfolio | A | Dividend | K | T | | | | | |
| 14. Meridian Value Fund | A | Dividend | J | T | | | | | |
| 15. Nebraska Public Power | A | Interest | K | T | | | | | |
| 16. Prudential Insurance Company | A | Dividend | J | T | | | | | |
| 17. Schwab - Charles Schwab & Co. Money Market Fund | A | Interest | K | T | | | | | |
| 18. Schwab 1000 Fund | A | Dividend | K | T | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000  P3 = $25,000,001-$50,000,000  P4 = More than $50,000,000

3. Value Method Codes (See Column C2)  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| BRORBY, WADE, | 3/8/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1.  Campbell County Abstract Co. (common stock) | C | Dividend | K | W | | | | | |
| 2.  First National Bank of Gillette, WY (various accounts) | D | Interest | N | T | | | | | |
| 3.  Oil Royalty - Campbell County, WY | A | Royalty | J | W | | | | | |
| 4.  Wyoming Bank & Trust, Cheyenne, WY | D | Interest | L | T | | | | | |
| 5.  California S&P Small Cap Index Fund | A | Dividend | K | T | | | | | |
| 6.  Clipper Fund | A | Dividend | K | T | | | | | |
| 7.  Daimler Chrysler | A | Interest | K | T | | | | | |
| 8.  Federal Homeowner Lending Mortgage | A | Interest | K | T | | | | | |
| 9.  Federal National Mortgage | A | Interest | K | T | | | | | |
| 10. FMI Focus Fund | A | Dividend | J | T | | | | | |
| 11. General Electric Company | A | Dividend | J | T | | | | | |
| 12. General Motors Acceptance | A | Interest | K | T | | | | | |
| 13. Jensen Portfolio | A | Dividend | K | T | | | | | |
| 14. Meridian Value Fund | A | Dividend | J | T | | | | | |
| 15. Nebraska Public Power | A | Interest | K | T | | | | | |
| 16. Prudential Insurance Company | A | Dividend | J | T | | | | | |
| 17. Schwab - Charles Schwab & Co. Money Market Fund | A | Interest | K | T | | | | | |
| 18. Schwab 1000 Fund | A | Dividend | K | T | | | | | |

1. Income/Gain Codes:     A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
(See Columns B1 and D4)     F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes:     J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
(See Columns C1 and D3)     N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
     P3 = $25,000,001-$50,000,000     P4 = $More than $50,000,000
3. Value Method Codes     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market
(See Column C2)     U = Book Value     V = Other     W = Estimated

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. | Schwab Small Cap Index Fund | A | Dividend | J | T | | | | | |
| 20. | Torrington Wyoming Electric System Bond | A | Interest | K | T | | | | | |
| 21. | Tweedy Browne Global Value Fund | A | Dividend | K | T | | | | | |
| 22. | Vanguard 500 Index Fund - Investor Shares | A | Dividend | K | T | | | | | |
| 23. | Schwab Value Advantage | K | Dividend | K | T | | | | | |
| 24. | Bank of America (stock) | A | Dividend | J | T | buy | 3/15 | J | | |
| 25. | Black & Decker (stock) | A | Dividend | J | T | buy | 3/15 | J | | |
| 26. | CIT Group Bond | A | Interest | K | T | buy | 3/15 | K | | |
| 27. | Julius Beer Int'l Equity-Mutual Fund | A | Dividend | K | T | buy | 3/15 | K | | |
| 28. | Lehman Brothers-CD | A | Interest | K | T | buy | 3/15 | K | | |
| 29. | Nuveen Preferred (stock) | A | Dividend | J | T | buy | 3/15 | J | | |
| 30. | Patina Oil & Gas (stock) | A | Dividend | J | T | buy | 3/15 | J | | |
| 31. | Patina Oil & Gas (stock)* | O | | | | sold | 10/15 | J | | |
| 32. | Schwab Municipal Money Market Fund | A | Interest | J | T | buy | 3/15 | J | | |
| 33. | UMB Scout Worldwide Mutual Fund | A | Dividend | J | T | buy | 3/15 | K | | |
| 34. | Vanguard 500 Index Mutual Fund | A | Dividend | K | T | buy | 3/15 | K | | |
| 35. | West Contra Costa GO Bond | B | Interest | K | T | buy | 1/15 | K | | |
| 36. | *I bought this stock in 2003 & sold it later in the year. | | | | | | | | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
  P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | BRORBY, WADE, | 3/8/2004 |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

1.  As part of my estate plan, all assets were, in July 1998, conveyed into one of three trusts: (1) Wade Brorby Revocable Trust, Wade Brorby, Trustee; (2) ████████ Revocable Trust, ████████, Trustee; and (3) Wade Brorby Irrevocable Trust, ████████, Trustee.  All assets described in this disclosure report are in fact owned by one or more of these three trusts or in our individual names.

2.  ████████ I, though our respective trusts, each maintain one or more trust accounts with the Trust Department of the Wyoming Bank & Trust in Cheyenne, Wyoming.  At year's end, these trusts owned no assets other than cash.

3.  ████████ as trustee, owns a whole life policy, which insures my life.  The insurer is Prudential Insurance Company.  As this policy is not held as an investment, the policy income received is reported under Part III (Non-Investment Income).

4.  Several types of accounts are maintained in the First National Bank of Gillette, Wyoming, and the Wyoming Bank & Trust Company in Cheyenne, Wyoming.  Neither ████████ nor I have any ownership interests in these or any other banks.  We have no other banking relationships.

5.  By way of explanation and clarification, Charles Schwab & Co. manages most of our investments under a service described as Schwab Private Client.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | BRORBY, WADE, | 3/8/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____          Date    3-8-04

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544